# EXHIBIT E

## US9324096B2 – Claim 5 as applied to Affectiva Media Analytics

**A computer-implemented system comprising:**
**a portable device for providing information for use in identifying a presence of an information recipient at a pre-determined location, space, or area during a pre-determined time period;**

a biometric sensor in, on or near the information recipient useful in identifying a physiological state or identifying a change in the physiological state of the information recipient;

a database for storing information of or about the information recipient, the stored information comprising the identified physiological state or the identified change in the physiological state information, and at least one non-physiological state information; and

an information content generator for generating at least one information element for communication to the information recipient at a time during the pre-determined time period, wherein the information element is selected based on the at least one non-physiological state information and the identified physiological state or the identified physiological change information.



Source: https://youtu.be/mFrSFMnskI4?t=27

**The app's preferences can also be used to:**
- Change the processing frame rate
- Display facial points as the face is tracked.
- Display gender and glasses avatar
- Display emoji avatars
- **Track multiple faces simultaneously** (iPhone 6s and iPad Air 2 or newer is recommended for this feature)

Source: https://apps.apple.com/us/app/affdexme/id971529011

**Analyst Note:** Affectiva media analytics enables to understand a wide range of emotional responses to marketing content. Evidence shows an "Affectiva SDK" application running on a laptop.

## US9324096B2 – Claim 5 as applied to Affectiva Media Analytics

**A computer-implemented system comprising: a portable device for providing information for use in identifying a presence of an information recipient at a pre-determined location, space, or area during a pre-determined time period**;

a biometric sensor in, on or near the information recipient useful in identifying a physiological state or identifying a change in the physiological state of the information recipient;

a database for storing information of or about the information recipient, the stored information comprising the identified physiological state or the identified change in the physiological state information, and at least one non-physiological state information; and

an information content generator for generating at least one information element for communication to the information recipient at a time during the pre-determined time period, wherein the information element is selected based on the at least one non-physiological state information and the identified physiological state or the identified physiological change information.



Source:
https://www.affectiva.com/experience-it/

Our Emotion AI unobtrusively measures unfiltered and unbiased facial expressions of emotion, using any optical sensor or just a standard webcam. **Our technology first identifies a human face in real time or in an image or video.** Computer vision algorithms identify key landmarks on the face – for example, the corners of your eyebrows, the tip of your nose, the corners of your mouth. Deep learning algorithms then analyze pixels in those regions to classify facial expressions. Combinations of these facial expressions are then mapped to emotions.

Source: https://www.affectiva.com/emotion-ai-overview/

We also label for:

- Appearance (such as ethnicity, age, gender)
- Different actions (like yawning, eating, drinking, smoking, speaking)
- **Location (in car, in office, outdoors, at home, etc)**
- Indicate if an AU has occurred in a segment of video by the labeler selecting positive (AU occurred) or negative (no AU occurred).

Source: https://blog.affectiva.com/our-labelling-team-fueling-the-most-accurate-global-emotion-database-with-active-learning

**Analyst Note:** Evidence further shows that Affectiva application can also run on portable devices including iPhone, Android devices and laptops. Affectiva uses a simple webcam or optical sensor to capture facial expressions of a person showing different emotions. Screenshot taken from the video shows the facial expressions or emotions of the person/information recipient present in front of the webcam. Affectiva can capture data/ emotions of multiple persons and at different locations.

## US9324096B2 – Claim 5 as applied to Affectiva Media Analytics

| | |
|---|---|
| A computer-implemented system comprising:<br>a portable device for providing information for use in identifying a presence of an information recipient at a pre-determined location, space, or area during a pre-determined time period;<br><br>**a biometric sensor in, on or near the information recipient useful in identifying a physiological state or identifying a change in the physiological state of the information recipient;**<br><br>a database for storing information of or about the information recipient, the stored information comprising the identified physiological state or the identified change in the physiological state information, and at least one non-physiological state information; and<br><br>an information content generator for generating at least one information element for communication to the information recipient at a time during the pre-determined time period, wherein the information element is selected based on the at least one non-physiological state information and the identified physiological state or the identified physiological change information. | All your research panelists need is internet connectivity and **a standard web camera** – it's simple, easy and highly accurate. As viewers watch your stimulus, **we measure their moment-by-moment facial expressions of emotion.** The results are aggregated and displayed in an easy to use dashboard.<br><br>Source: https://www.affectiva.com/product/affdex-for-market-research/<br><br>**Our Emotion AI unobtrusively measures unfiltered and unbiased facial expressions of emotion, using any optical sensor or just a standard webcam. Our technology first identifies a human face in real time or in an image or video. Computer vision algorithms identify key landmarks on the face – for example, the corners of your eyebrows, the tip of your nose, the corners of your mouth. Deep learning algorithms then analyze pixels in those regions to classify facial expressions. Combinations of these facial expressions are then mapped to emotions.**<br>In our products, **we measure 7 emotion metrics: anger, contempt, disgust, fear, joy, sadness and surprise. In addition, we provide 20 facial expression metrics.** In our SDK and API we also provide emojis, gender, age, ethnicity and a number of other metrics. Learn more about our metrics here.<br><br>Source: https://www.affectiva.com/emotion-ai-overview/ |

**Analyst Note:** Evidences indicate that Affectiva requires a webcam or an optical sensor to measure the facial expressions of the person. Webcam or the optical sensor identifies the human face and then with the help of an algorithm measures or identifies the facial expressions or emotions (physiological data).

## US9324096B2 – Claim 5 as applied to Affectiva Media Analytics

A computer-implemented system comprising:
a portable device for providing information for use in identifying a presence of an information recipient at a pre-determined location, space, or area during a pre-determined time period;

a biometric sensor in, on or near the information recipient useful in identifying a physiological state or identifying a change in the physiological state of the information recipient;

a database for storing information of or about the information recipient, the stored information comprising the identified physiological state or the identified change in the physiological state information, and at least one non-physiological state information; and

an information content generator for generating at least one information element for communication to the information recipient at a time during the pre-determined time period, wherein the information element is selected based on the at least one non-physiological state information and the identified physiological state or the identified physiological change information.



Source: https://youtu.be/TrGC9h1ppJA?t=8

**By combining facial expression data with measures of physiological arousal, brain activity, eye tracking and more, you can build up a complete view of human behavior, action, and thought.**

**The synchronized combination of sensors with a presented stimulus means that researchers can trace discrete occurrences, or moments in time, to the reaction of an individual. This time-locked approach can not only show an individual's emotional response, but also their physiological and cognitive response. This allows a thorough understanding of how someone experiences the world, as their behavior can be objectively measured and assessed.**

Source: https://www.affectiva.com/product/individual-product-page-imotions/

**Analyst Note:** Evidence illustrates that sensors used by Affectiva captures the emotional, physiological, and cognitive response of an individual/ information recipient.

## US9324096B2 – Claim 5 as applied to Affectiva Media Analytics

| | |
|---|---|
| A computer-implemented system comprising:<br>a portable device for providing information for use in identifying a presence of an information recipient at a pre-determined location, space, or area during a pre-determined time period;<br><br>a biometric sensor in, on or near the information recipient useful in identifying a physiological state or identifying a change in the physiological state of the information recipient;<br><br>a **database for storing information of or about the information recipient**, **the stored information comprising the identified physiological state or the identified change in the physiological state information,** and at least one non-physiological state information; and<br><br>an information content generator for generating at least one information element for communication to the information recipient at a time during the pre-determined time period, wherein the information element is selected based on the at least one non-physiological state information and the identified physiological state or the identified physiological change information. | **Our emotion database is the result of spontaneous data collected in the real world,** or what we call "in the wild". The data is representative of people engaging in an activity, wherever they are in the world – at their kitchen table in San Francisco or on their couch in London. The face videos also represent real, spontaneous facial expressions: unfiltered and unbiased emotions in reaction to the content these folks are watching or the thing they are doing. **Also, this data captures challenging conditions, such as variations in lighting, different head movements, and variances in facial features due to ethnicity, age, gender, facial hair and glasses.**<br><br>Source: https://blog.affectiva.com/our-labelling-team-fueling-the-most-accurate-global-emotion-database-with-active-learning<br><br>**Affectiva's emotion database** has now grown to nearly 6 million faces analyzed in 75 countries. To be precise, we have now gathered 5,313,751 face videos, for a total of 38,944 hours of data, representing nearly 2 billion facial frames analyzed.<br><br>**This global data set is the largest of its kind – representing spontaneous emotional responses of consumers while they go about a variety of activities**. To date, **the majority of our database is comprised of viewers watching media content (i.e, ads, movie trailers, television shows and online viral campaigns). In the past year, we have expanded our data repository to include other contexts such as videos of people driving their cars, people in conversational interactions and animated gifs.**<br><br>Source: https://blog.affectiva.com/the-worlds-largest-emotion-database-5.3-million-faces-and-counting |

**Analyst Note:** Evidences illustrate that Affectiva has a huge emotion database with around 6 million analyzed faces. Data present in the database contains real-world videos of people engaged in different activities. These videos represent the unfiltered emotions/ physiological data and change in the emotions of the individuals. Data present in these videos also capture non-physiological data such as light variations, different head movements, and other facial features.

## US9324096B2 – Claim 5 as applied to Affectiva Media Analytics

A computer-implemented system comprising:
a portable device for providing information for use in identifying a presence of an information recipient at a pre-determined location, space, or area during a pre-determined time period;

a biometric sensor in, on or near the information recipient useful in identifying a physiological state or identifying a change in the physiological state of the information recipient;

a database for storing information of or about the information recipient, the stored information comprising the identified physiological state or the identified change in the physiological state information, and at least one non-physiological state information; and

**an information content generator for generating at least one information element for communication to the information recipient at a time during the pre-determined time period, wherein the information element is selected based on the at least one non-physiological state information and the identified physiological state or the identified physiological change information.**

**Our Emotion AI unobtrusively measures unfiltered and unbiased facial expressions of emotion, using any optical sensor or just a standard webcam.** Our technology first identifies a human face in real time or in an image or video. **Computer vision algorithms identify key landmarks on the face – for example, the corners of your eyebrows, the tip of your nose, the corners of your mouth. Deep learning algorithms then analyze pixels in those regions to classify facial expressions. Combinations of these facial expressions are then mapped to emotions.**

Source: https://www.affectiva.com/emotion-ai-overview/



Source: https://youtu.be/87eJb19xqbw?t=32

**Analyst Note:** Evidence indicates that once the facial expressions and physiological data are measured, then with the help of these expressions emotions of the individual in reaction to watching an ad or playing of a certain game are captured. This gathered data is displayed on the dashboard. Brands, advertisers, and market researchers understand the emotional engagement and experiences of the consumers with the help of the gathered data. Dashboard displays all emotions and allows the researchers to view data based on the selection of different emotion metrics, demographic data.

## US9324096B2 – Claim 5 as applied to Affectiva Media Analytics

| | |
|---|---|
| A computer-implemented system comprising: a portable device for providing information for use in identifying a presence of an information recipient at a pre-determined location, space, or area during a pre-determined time period;<br><br>a biometric sensor in, on or near the information recipient useful in identifying a physiological state or identifying a change in the physiological state of the information recipient;<br><br>a database for storing information of or about the information recipient, the stored information comprising the identified physiological state or the identified change in the physiological state information, and at least one non-physiological state information; and<br><br>**an information content generator for generating at least one information element for communication to the information recipient at a time during the pre-determined time period, wherein the information element is selected based on at least one non-physiological state information** and the identified physiological state or the identified physiological change information. | **We are a technology provider to the marketing and content industry.  Our AI is a critical component of your research methodology and easy to deploy.**<br><br>**All your research panelists need is internet connectivity and a standard web camera – it's simple, easy and highly accurate. As viewers watch your stimulus, we measure their moment-by-moment facial expressions of emotion.  The results are aggregated and displayed in an easy to use dashboard.**<br><br>**Our emotion database is the result of spontaneous data collected in the real world, or what we call "in the wild". The data is representative of people engaging in an activity, wherever they are in the world – at their kitchen table in San Francisco or on their couch in London. The face videos also represent real, spontaneous facial expressions: unfiltered and unbiased emotions in reaction to the content these folks are watching or the thing they are doing. Also, this data captures challenging conditions, such as variations in lighting, different head movements, and variances in facial features due to ethnicity, age, gender, facial hair and glasses.**<br><br>Source: https://blog.affectiva.com/our-labelling-team-fueling-the-most-accurate-global-emotion-database-with-active-learning<br><br>**This global data set is the largest of its kind – representing spontaneous emotional responses of consumers while they go about a variety of activities. To date, the majority of our database is comprised of viewers watching media content (i.e, ads, movie trailers, television shows and online viral campaigns). In the past year, we have expanded our data repository to include other contexts such as videos of people driving their cars, people in conversational interactions and animated gifs.**<br><br>Source: https://blog.affectiva.com/the-worlds-largest-emotion-database-5.3-million-faces-and-counting |

**Analyst Note:** Evidence shows that market researchers measure and analyze viewers' emotions and expressions (physiological data) to check the performance of their ads, brands, and sales. Evidence also shows that researchers also analyze non-physiological data such as location/ geography, age, and gender.