# EXHIBIT F

## US9672535B2 – Claim 11 as applied to Affectiva Media Analytics

| | |
|---|---|
| A **computer-implemented system** comprising:<br>**a sensor for measuring a physiological state of, or obtaining information useful in determining an identity of, one or more information recipients in or at a location, space, or area and at or during a pre-determined time or time period;**<br><br>a plurality of information elements each comprising one or more content, the plurality of information elements adapted to being stored in a database or on a computing device;<br><br>a broadcast device for outputting any one of or all of the one or more content of the one or more of the plurality of information elements; and<br><br>a software code adapted to running on the computing device for receiving the information useful in determining the identity of the one or more information recipients, the measured physiological state, an information about the physiological state, and at least one non-physiological state characteristic information of the one or more information recipients, and for selecting the one or more of the plurality of information elements for outputting to the one or more information recipients. | <br>Source: https://youtu.be/mFrSFMnskI4?t=27<br><br>**Our Emotion AI unobtrusively measures unfiltered and unbiased facial expressions of emotion, using any optical sensor or just a standard webcam**. **Our technology first identifies a human face in real time or in an image or video. Computer vision algorithms identify key landmarks on the face – for example, the corners of your eyebrows, the tip of your nose, the corners of your mouth. Deep learning algorithms then analyze pixels in those regions to classify facial expressions.** **Combinations of these facial expressions are then mapped to emotions.**<br>In our products, **we measure 7 emotion metrics: anger, contempt, disgust, fear, joy, sadness and surprise. In addition, we provide 20 facial expression metrics.** In our SDK and API we also provide emojis, gender, age, ethnicity and a number of other metrics. Learn more about our metrics here.<br><br>Source: https://www.affectiva.com/emotion-ai-overview/ |

**Analyst Note:** Affectiva media analytics measures and analyses a wide range of emotional responses and facial expressions. Evidence shows an "Affectiva" SDK application running on a laptop.

## US9672535B2 – Claim 11 as applied to Affectiva Media Analytics

A **computer-implemented system** comprising:
**a sensor for measuring a physiological state of, or obtaining information useful in determining an identity of, one or more information recipients in or at a location, space, or area and at or during a pre-determined time or time period;**

a plurality of information elements each comprising one or more content, the plurality of information elements adapted to being stored in a database or on a computing device;

a broadcast device for outputting any one of or all of the one or more content of the one or more of the plurality of information elements; and

a software code adapted to running on the computing device for receiving the information useful in determining the identity of the one or more information recipients, the measured physiological state, an information about the physiological state, and at least one non-physiological state characteristic information of the one or more information recipients, and for selecting the one or more of the plurality of information elements for outputting to the one or more information recipients.

We also label for:
- Appearance (such as ethnicity, age, gender)
- Different actions (like yawning, eating, drinking, smoking, speaking)
- **Location (in car, in office, outdoors, at home, etc)**
- Indicate if an AU has occurred in a segment of video by the labeler selecting positive (AU occurred) or negative (no AU occurred).

Source: https://blog.affectiva.com/our-labelling-team-fueling-the-most-accurate-global-emotion-database-with-active-learning



Source: https://youtu.be/TrGC9h1ppJA?t=24

All your research panelists need is internet connectivity and **a standard web camera** – it's simple, easy and highly accurate. As viewers watch your stimulus, **we measure their moment-by-moment facial expressions of emotion.** The results are aggregated and displayed in an easy to use dashboard.

Source: https://www.affectiva.com/product/affdex-for-market-research/

**Analyst Note:** Evidence further shows that Affectiva uses a simple webcam or optical sensor to capture facial expressions of a person showing different emotions. Screenshot taken from the video shows the facial expressions or emotions of the person or information recipient present in front of the webcam. Affectiva can capture data/ emotions of multiple persons and at different locations.

| US9672535B2 – Claim 11 as applied to Affectiva Media Analytics ||
|---|---|
| A computer-implemented system comprising:<br>a sensor for measuring a physiological state of, or obtaining information useful in determining an identity of, one or more information recipients in or at a location, space, or area and at or during a pre-determined time or time period;<br><br>**a plurality of information elements each comprising one or more content, the plurality of information elements adapted to being stored in a database or on a computing device;**<br><br>a broadcast device for outputting any one of or all of the one or more content of the one or more of the plurality of information elements; and<br><br>a software code adapted to running on the computing device for receiving the information useful in determining the identity of the one or more information recipients, the measured physiological state, an information about the physiological state, and at least one non-physiological state characteristic information of the one or more information recipients, and for selecting the one or more of the plurality of information elements for outputting to the one or more information recipients. | **Our emotion database is the result of spontaneous data collected in the real world, or what we call "in the wild". The data is representative of people engaging in an activity, wherever they are in the world – at their kitchen table in San Francisco or on their couch in London. The face videos also represent real, spontaneous facial expressions: unfiltered and unbiased emotions in reaction to the content these folks are watching or the thing they are doing. Also, this data captures challenging conditions, such as variations in lighting, different head movements, and variances in facial features due to ethnicity, age, gender, facial hair and glasses.**<br><br>Source: https://blog.affectiva.com/our-labelling-team-fueling-the-most-accurate-global-emotion-database-with-active-learning<br><br>**Affectiva's emotion database** has now grown to nearly 6 million faces analyzed in 75 countries. To be precise, we have now gathered 5,313,751 face videos, for a total of 38,944 hours of data, representing nearly 2 billion facial frames analyzed.<br><br>**This global data set is the largest of its kind – representing spontaneous emotional responses of consumers while they go about a variety of activities**. To date, **the majority of our database is comprised of viewers watching media content (i.e, ads, movie trailers, television shows and online viral campaigns). In the past year, we have expanded our data repository to include other contexts such as videos of people driving their cars, people in conversational interactions and animated gifs**.<br><br>Source: https://blog.affectiva.com/the-worlds-largest-emotion-database-5.3-million-faces-and-counting |
| **Analyst Note:** Evidences illustrate that Affectiva has a huge emotion database with around 6 million analyzed faces. Data present in the database contains real-world videos of people engaged into different activities. These videos represent the unfiltered emotions or physiological data and change in the emotions of the customers/individuals. Data captured in these videos also capture non-physiological data such as light variations, different head movements, and other facial features. ||

## US9672535B2 – Claim 11 as applied to Affectiva Media Analytics

| | |
|---|---|
| A computer-implemented system comprising: a sensor for measuring a physiological state of, or obtaining information useful in determining an identity of, one or more information recipients in or at a location, space, or area and at or during a pre-determined time or time period;<br><br>**a plurality of information elements each comprising one or more content, the plurality of information elements adapted to being stored in a database or on a computing device;**<br><br>a broadcast device for outputting any one of or all of the one or more content of the one or more of the plurality of information elements; and<br><br>a software code adapted to running on the computing device for receiving the information useful in determining the identity of the one or more information recipients, the measured physiological state, an information about the physiological state, and at least one non-physiological state characteristic information of the one or more information recipients, and for selecting the one or more of the plurality of information elements for outputting to the one or more information recipients. | <br><br>Source: https://youtu.be/TrGC9h1ppJA?t=8<br><br>**By combining facial expression data with measures of physiological arousal, brain activity, eye tracking and more, you can build up a complete view of human behavior, action, and thought.**<br><br>The synchronized combination of sensors with a presented stimulus means that researchers can trace discrete occurrences, or moments in time, to the reaction of an individual. **This time-locked approach can not only show an individual's emotional response, but also their physiological and cognitive response.** This allows a thorough understanding of how someone experiences the world, as their behavior can be objectively measured and assessed.<br><br>Source: https://www.affectiva.com/product/individual-product-page-imotions/ |

**Analyst Note:** Evidence shows the emotional, physiological, and cognitive response of an individual/ information recipient captured using a webcam (sensor) while watching an ad, product, television show. Affectiva requires a webcam or an optical sensor to measure the facial expressions of the person. Webcam or the optical sensor identifies the human face and then with the help of an algorithm measures the facial expressions or emotions (physiological data). These facial expressions are analyzed from videos or surveys of viewers watching different media content such as ads, movie trailers, campaigns (information elements). Evidences further indicate that the media content is stored in Affectiva's emotion database.

## US9672535B2 – Claim 11 as applied to Affectiva Media Analytics

A computer-implemented system comprising:
a sensor for measuring a physiological state of, or obtaining information useful in determining an identity of, one or more information recipients in or at a location, space, or area and at or during a pre-determined time or time period;

a plurality of information elements each comprising one or more content, the plurality of information elements adapted to being stored in a database or on a computing device;

**a broadcast device for outputting any one of or all of the one or more content of the one or more of the plurality of information elements; and**

a software code adapted to running on the computing device for receiving the information useful in determining the identity of the one or more information recipients, the measured physiological state, an information about the physiological state, and at least one non-physiological state characteristic information of the one or more information recipients, and for selecting the one or more of the plurality of information elements for outputting to the one or more information recipients.



Source: https://youtu.be/mFrSFMnskI4?t=105

**We are a technology provider to the marketing and content industry. Our AI is a critical component of your research methodology and easy to deploy.**

**All your research panelists need is internet connectivity and a standard web camera – it's simple, easy and highly accurate. As viewers watch your stimulus, we measure their moment-by-moment facial expressions of emotion. The results are aggregated and displayed in an easy to use dashboard**

Source: https://www.affectiva.com/product/affdex-for-market-research/

**Analyst Note:** Evidence indicates that results are displayed on a dashboard on a laptop or computer (broadcast devices). The results are gathered from videos of the viewers watching tv shows, ads and their reactions.

## US9672535B2 – Claim 11 as applied to Affectiva Media Analytics

| | |
|---|---|
| A computer-implemented system comprising:<br>a sensor for measuring a physiological state of, or obtaining information useful in determining an identity of, one or more information recipients in or at a location, space, or area and at or during a pre-determined time or time period;<br><br>a plurality of information elements each comprising one or more content, the plurality of information elements adapted to being stored in a database or on a computing device;<br><br>a broadcast device for outputting any one of or all of the one or more content of the one or more of the plurality of information elements; and<br><br>**a software code adapted to running on the computing device for receiving the information useful in determining the identity of the one or more information recipients, the measured physiological state, an information about the physiological state, and at least one non-physiological state characteristic information of the one or more information recipients, and for selecting the one or more of the plurality of information elements for outputting to the one or more information recipients.** | **Artificial emotional intelligence or Emotion AI is also known as emotion recognition or emotion detection technology. In market research, this is commonly referred to as facial coding.**<br><br>Humans use a lot of non-verbal cues, such as facial expressions, gesture, body language and tone of voice, to communicate their emotions. Our vision is to develop Emotion AI that can detect emotion just the way humans do, from multiple channels. Our long term goal is to develop "Multimodal Emotion AI", that combines analysis of both face and speech as complementary signals to provide richer insight into the human expression of emotion. For several years now, Affectiva has been offering industry leading technology for the analysis of facial expressions of emotions. Most recently, Affectiva has added speech capabilities now available to select beta testers (learn more here).<br><br>Source: https://www.affectiva.com/emotion-ai-overview/<br><br><br><br>Source: https://youtu.be/87eJb19xqbw?t=32 |

**Analyst Note:** Evidence indicates that once the facial expressions and physiological data are measured, then expressions or emotions of the individual (in reaction to watching an ad or while playing a certain game) are captured. This gathered data is displayed on the dashboard (software code). Brands, advertisers, and market researchers understand the emotional engagement and experiences of the consumers with the help of this gathered data. Dashboard displays all emotions and allows the researchers to view data based on the selection of different emotion metrics (physiological), demographic data.

| US9672535B2 – Claim 11 as applied to Affectiva Media Analytics ||
|---|---|
| A computer-implemented system comprising: a sensor for measuring a physiological state of, or obtaining information useful in determining an identity of, one or more information recipients in or at a location, space, or area and at or during a pre-determined time or time period; a plurality of information elements each comprising one or more content, the plurality of information elements adapted to being stored in a database or on a computing device; a broadcast device for outputting any one of or all of the one or more content of the one or more of the plurality of information elements; and **a software code adapted to running on the computing device for receiving the information useful in determining the identity of the one or more information recipients,** the measured physiological state, an information about the physiological state, **and at least one non-physiological state characteristic information of the one or more information recipients**, **and for selecting the one or more of the plurality of information elements for outputting to the one or more information recipients.** | **We collect information related to individuals** who access our products and services (our "Products"), such as our customers' employees or others authorized by our customers to use our Products. This may include information to provide log-in credentials, to communicate with our customers and for billing and support purposes. **This information may include names, email addresses, physical addresses, and phone numbers**. For billing purposes, it may also include financial and payment processing information, including transaction information, bank or credit card account information, and authentication information. We also collect information related to individuals' use of our Products. |
| | Source: https://www.affectiva.com/privacy-policy/ |
| | **Our emotion database is the result of spontaneous data collected in the real world, or what we call "in the wild". The data is representative of people engaging in an activity, wherever they are in the world – at their kitchen table in San Francisco or on their couch in London. The face videos also represent real, spontaneous facial expressions: unfiltered and unbiased emotions in reaction to the content these folks are watching or the thing they are doing. Also, this data captures challenging conditions, such as variations in lighting, different head movements, and variances in facial features due to ethnicity, age, gender, facial hair and glasses.** |
| | Source: https://blog.affectiva.com/our-labelling-team-fueling-the-most-accurate-global-emotion-database-with-active-learning |
| **Analyst Note:** Evidence shows that software code (dashboard) identifies the individuals through their names, addresses and email ids. Dashboard helps market researchers measure and analyze viewers' emotions and expressions (physiological data) along with the age, gender, light variations (non-physiological data) to check the performance of their ads, brands, and product sales. ||

| US9672535B2 – Claim 11 as applied to Affectiva Media Analytics ||
|---|---|
| A computer-implemented system comprising: a sensor for measuring a physiological state of, or obtaining information useful in determining an identity of, one or more information recipients in or at a location, space, or area and at or during a pre-determined time or time period;<br><br>a plurality of information elements each comprising one or more content, the plurality of information elements adapted to being stored in a database or on a computing device;<br><br>a broadcast device for outputting any one of or all of the one or more content of the one or more of the plurality of information elements; and<br><br>**a software code adapted to running on the computing device for receiving the information useful in determining the identity of the one or more information recipients, the measured physiological state, an information about the physiological state, and at least one non-physiological state characteristic information of the one or more information recipients, and for selecting the one or more of the plurality of information elements for outputting to the one or more information recipients.** | **Affectiva's emotion database** has now grown to nearly 6 million faces analyzed in 75 countries. To be precise, we have now gathered 5,313,751 face videos, for a total of 38,944 hours of data, representing nearly 2 billion facial frames analyzed.<br><br>**This global data set is the largest of its kind – representing spontaneous emotional responses of consumers while they go about a variety of activities.** To date, **the majority of our database is comprised of viewers watching media content (i.e, ads, movie trailers, television shows and online viral campaigns).** In the past year, we have expanded our data repository to include other contexts such as videos of people driving their cars, people in conversational interactions and animated gifs. |
| | Source: https://blog.affectiva.com/the-worlds-largest-emotion-database-5.3-million-faces-and-counting |
| **Analyst Note:** Evidence demonstrates that researchers can view the results on the dashboard by different categories such as age group, gender, content (ads, movie trailers, tv shows) and expressions of different viewers or customers while watching the content. ||