**CIVIL COVER SHEET ATTACHMENT**

**Related Cases** (Including Present Action)

| Jurisdiction | Date Filed | Case Name | Case Number |
| --- | --- | --- | --- |
| D.Del. | | Comsys Solutions LLC v. Smart Eye International, Inc. | Being filed concurrently. |
| D.Del. | | Comsys Solutions LLC v. Uniphone Technologies, Inc. | Being filed concurrently. |