IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMSYS SOLUTIONS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SMART EYE INTERNATIONAL, INC.,<br><br>    Defendant. | C.A. No. 22-743-RGA<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT SMART EYE INTERNATIONAL INC.'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, the undersigned counsel for Smart Eye International Inc. ("Smart Eye") states that Smart Eye is a wholly owned subsidiary of Smart Eye AB, a publicly traded Swedish company.

Dated: June 30, 2022					**FISH & RICHARDSON P.C.**

By: */s/ Jeremy D. Anderson*
    Jeremy D. Anderson (#4515)
    222 Delaware Ave., 17th Floor
    Wilmington, DE 19801
    (302) 652-5070 (Telephone)
    (302) 652-0607 (Facsimile)
    janderson@fr.com

    Neil J. McNabnay
    Lance E. Wyatt
    Sarika N. Patel
    1717 Main Street, Suite 5000
    Dallas, Texas 75201
    FISH & RICHARDSON P.C.
    (214) 747-5070 (Telephone)
    (214) 747-2091 (Facsimile)
    mcnabnay@fr.com
    wyatt@fr.com
    patel@fr.com

**ATTORNEYS FOR DEFENDANT
SMART EYE INTERNATIONAL, INC.**