**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **COMSYS SOLUTIONS LLC,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**SMART EYE INTERNATIONAL, INC.,**<br><br>　　　　Defendant. | Civil Action No.:  1:22-cv-00743-RGA<br><br>**TRIAL BY JURY DEMANDED** |

## PLAINTIFF COMSYS SOLUTIONS LLC'S ANSWER TO DEFENDANT SMART EYE INTERNATIONAL, INC.'S COUNTERCLAIMS

Now comes Plaintiff and Counterclaim Defendant, Comsys Solutions LLC ("Plaintiff" or "Counterclaim Defendant"), by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 12, without admission of the legal sufficiency thereof and responding only to the factual allegations therein, and states as follows for its Answer and Defenses to Defendant and Counterclaim Plaintiff Smart Eye International, Inc.'s ("Defendant" or "Counterclaim Plaintiff") Counterclaims (D.E. 8) (hereafter the "Counterclaims") as follows:

### PARTIES

1.　Counterclaim Defendant admits the allegations contained in Paragraph 1 of Counterclaim Plaintiff's Counterclaims.

2.　Counterclaim Defendant admits the allegations contained in Paragraph 2 of Counterclaim Plaintiff's Counterclaims.

### JURISDICTION

3.　Counterclaim Defendant incorporates by reference each of its answers in paragraphs 1-2 above.

4.　Counterclaim Defendant admits the allegations contained in Paragraph 4 of Counterclaim Plaintiff's Counterclaims.

5. Counterclaim Defendant admits the allegations contained in Paragraph 5 of Counterclaim Plaintiff's Counterclaims.

6. Counterclaim Defendant admits the allegations contained in Paragraph 6 of Counterclaim Plaintiff's Counterclaims.

## FIRST COUNTERCLAIM

7. Counterclaim Defendant incorporates by reference each of its answers in paragraphs 1-6 above.

8. Counterclaim Defendant admits the allegations contained in Paragraph 8 of Counterclaim Plaintiff's Counterclaims.

9. Counterclaim Defendant denies the allegations contained in Paragraph 9 of Counterclaim Plaintiff's Counterclaims.

10. The allegations contained in Paragraph 10 are bare legal conclusions, to which no answer is required. To the extent an answer is required, Counterclaim Defendant denies the allegations contained in Paragraph 10 of Counterclaim Plaintiff's Counterclaims.

## SECOND COUNTERCLAIM

11. Counterclaim Defendant incorporates by reference each of its answers in paragraphs 1-10 above.

12. Counterclaim Defendant admits the allegations contained in Paragraph 12 of Counterclaim Plaintiff's Counterclaims.

13. Counterclaim Defendant denies the allegations contained in Paragraph 13 of Counterclaim Plaintiff's Counterclaims.

14. The allegations contained in Paragraph 14 are bare legal conclusions, to which no answer is required. To the extent an answer is required, Counterclaim Defendant denies the allegations contained in Paragraph 14 of Counterclaim Plaintiff's Counterclaims.

### THIRD COUNTERCLAIM

15. Counterclaim Defendant incorporates by reference each of its answers in paragraphs 1-14 above.

16. Counterclaim Defendant admits the allegations contained in Paragraph 16 of Counterclaim Plaintiff's Counterclaims.

17. Counterclaim Defendant denies the allegations contained in Paragraph 17 of Counterclaim Plaintiff's Counterclaims.

18. The allegations contained in Paragraph 18 are bare legal conclusions, to which no answer is required. To the extent an answer is required, Counterclaim Defendant denies the allegations contained in Paragraph 18 of Counterclaim Plaintiff's Counterclaims.

### FOURTH COUNTERCLAIM

19. Counterclaim Defendant incorporates by reference each of its answers in paragraphs 1-18 above.

20. Counterclaim Defendant admits the allegations contained in Paragraph 20 of Counterclaim Plaintiff's Counterclaims.

21. Counterclaim Defendant denies the allegations contained in Paragraph 21 of Counterclaim Plaintiff's Counterclaims.

22. The allegations contained in Paragraph 22 are bare legal conclusions, to which no answer is required. To the extent an answer is required, Counterclaim Defendant denies the allegations contained in Paragraph 22 of Counterclaim Plaintiff's Counterclaims.

## DEFENDANT/COUNTERCLAIM PLAINTIFF'S REQUEST FOR RELIEF

Counterclaim Defendant denies that Counterclaim Plaintiff is entitled to any relief from Counterclaim Defendant and denies all the allegations set forth in Paragraphs a-g in the Prayer for Relief provided in Counterclaim Plaintiff's Counterclaims.

## AFFIRMATIVE DEFENSES

Counterclaim Defendant's Affirmative Defenses to Counterclaim Plaintiff's Counterclaims are listed below. Counterclaim Defendant reserves the right to supplement its Affirmative Defenses.

## FIRST AFFIRMATIVE DEFENSE

Counterclaim Plaintiff directly infringes, indirectly infringes, contributes to infringement or induces infringement of at least one of the valid and enforceable claims of the Patent-in-Suit, either literally or under the doctrine of equivalents. Because this action is in its early stages and discovery has not yet commenced, Counterclaim Defendant reserves the right to modify, supplement, amend and expand its affirmative defenses as more information becomes available.

## SECOND AFFIRMATIVE DEFENSE

The asserted claims of the Patents-in-Suit are valid. Because this action is in its early stages and discovery has not yet commenced, Counterclaim Defendant reserves the right to modify, supplement, amend and expand its affirmative defenses as more information becomes available.

## RELIEF REQUESTED IN RESPONSE TO COUNTERCLAIMS

WHEREFORE, having fully responded to the allegations contained in Defendant and Counterclaim Plaintiff's Counterclaims, Plaintiff and Counterclaim Defendant prays for the following:

(a)     That the Counterclaims be dismissed with costs;

(b) That Plaintiff be granted the relief requested in its Complaint; and

(c) For such other and further relief as the Court may determine to be just and proper.

Dated: July 20, 2022            Respectfully submitted,

CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: patent@chonglawfirm.com

Howard L. Wernow (*Pro hac vice*)
SAND, SEBOLT & WERNOW CO., LPA
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
Email: Howard.Wernow@sswip.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy has been electronically filed using the CM/ECF filing system, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system on July 20, 2022.

/s/ Jimmy Chong
Jimmy Chong (#4839)