**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **COMSYS SOLUTIONS LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**SMART EYE INTERNATIONAL, INC.,**<br><br>    Defendant. | Civil Action No.: 1:22-cv-00743-RGA<br><br>**TRIAL BY JURY DEMANDED** |

## JOINT MOTION TO DISMISS

Now come Plaintiff, Comsys Solutions LLC, and Defendant, Smart Eye International, Inc., by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby move this Court to dismiss all claims against Defendant Smart Eye International, Inc. WITH PREJUDICE and all counterclaims against Plaintiff Comsys Solutions LLC WITHOUT PREJUDICE, with each party to bear its own attorneys' fees and costs.

Dated: July 28, 2022

Respectfully submitted,

CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: chong@chonglawfirm.com

Howard L. Wernow (*Pro hac vice*)
SAND, SEBOLT & WERNOW CO., LPA
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
Email: Howard.Wernow@sswip.com

ATTORNEYS FOR PLAINTIFF

FISH & RICHARDSON P.C.

/s/ *Jeremy D. Anderson*
Jeremy D. Anderson (#4515)
222 Delaware Ave., 17th Floor
Wilmington, DE 19801
(302) 652-5070 (Telephone)
(302) 652-0607 (Facsimile)
janderson@fr.com

Neil J. McNabnay
Lance E. Wyatt
Sarika N. Patel
1717 Main Street, Suite 5000
Dallas, Texas 75201
FISH & RICHARDSON P.C.
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)
mcnabnay@fr.com
wyatt@fr.com
patel@fr.com

ATTORNEYS FOR DEFENDANT

SO ORDERED this 29th day of July, 2022

/s/ Richard G. Andrews
United States District Judge